MARGARET F. ECKERSON, Appellant, *v.* LOWELL B. ECKERSON, Respondent.

Argued January 12, 1955; decided February 28, 1955.

802

*Henry B. Selkowe* and *Irvin L. Lubar* for appellant.

*Robert L. Callahan* and *Peter P. Smith* for respondent.

Judgment affirmed, without costs; no opinion.

Concur: CONWAY, Ch. J., DESMOND, DYE, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ.